UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re ) | Case No. 18-14381 |
| AARON BERNARD ) | Chapter: 13 |
| JOHNSON AND CARMELLA ) | |
| ROXSANN PARKER ) | |
| ) | |
| ) | |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), THE MORTGAGE LAW FIRM, PLLC, hereby enters its appearance in the above entitled bankruptcy case on behalf of DITECH FINANCIAL LLC, its successors and assigns, and requests special notice of all events relevant to the above referenced bankruptcy case and copies of all pleadings or documents filed in relation to the above referenced bankruptcy case, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditor committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above referenced bankruptcy court.

/./././

/./././

/./././

/./././

1

TMLF File No. 142698

THE MORTGAGE LAW FIRM, PLLC, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> The Mortgage Law Firm, PLLC
> 101 Park Avenue, Suite 1300
> Oklahoma City, OK 73102

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding THE MORTGAGE LAW FIRM, PLLC'S participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize THE MORTGAGE LAW FIRM, PLLC, either expressly or impliedly through THE MORTGAGE LAW FIRM, PLLC'S participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: October 25, 2018                             THE MORTGAGE LAW FIRM, PLLC

*/s/ Sally E. Garrison*
Sally E. Garrison, OBA # 18709
Shane M. Riddles-Hill, OBA # 32013
THE MORTGAGE LAW FIRM, PLLC
101 Park Avenue, Suite 1300
Oklahoma City, OK 73012
Telephone: (405) 246-0602
Facsimile: (405) 698-0007
sally.garrison@mtglawfirm.com
shane.riddles-hill@mtglawfirm.com
Attorneys for Creditor

### CERTIFICATE OF SERVICE

This is to certify that I did, on this __25__ day of ____October____ 2018, mail, *via* first class U.S. mail, a true and correct copy of the above and foregoing to:

Debtor
Aaron Bernard Johnson
Carmella Roxsann Parker
2609 Briarcliff Drive
Oklahoma City, OK 73170

Trustee
John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com,
trustee@chp13okc.com
 *Service accomplished through Court's CM/ECF system.

Attorney for Debtor
James Branum
Branum Law Offices
PO Box 1296
Newcastle,OK 73065
james@branumlaw.com,
branumlaw@gmail.com;r49066@notify.bestcase.com
*Service accomplished through Court's CM/ECF system.

*/s/ Sally E. Garrison*
Sally E. Garrison, OBA # 18709